JOHN MITCHELL, as Executor, etc., Respondent, *v.* DAVID H. KNAPP, Executor, etc., Impleaded, etc., Appellant.

(Argued February 26, 1891; decided March 10, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 26, 1889, which affirmed a judgment construing the will of Mary E. Griffin, deceased, entered upon a decision of the court on trial at Special Term.

*George W. Ray* for appellant.

*Howard D. Newton* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

HIRAM MILLER, Respondent, *v.* HENRY R. PIERSON, as Survivor, etc., et al., Appellants.

ARGUED and decided with *Durant* v. *Pierson* (*ante*, p. 444).